Promet Marine Services Corp.
242 Allens Ave
Providence, RI 02905
(401) 467-3730
FAX (401) 467-5370

Look for us at:
www.prometmarineservices.com

# Invoice

To: F/V Rio Sato &/Or Owners
1700 Kingstown Road
Wakefield, RI 02883

Cust # RIO100

| Invoice No. | Purchase Order | Terms | Invoice Date | Job No. |
|---|---|---|---|---|
| 14601 | | ~~Net 30: 1 1/2% Overdue~~ COD | 9/30/05 | 7294 |

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | Haul - Block - Launch | | $1,000.00 |
| 63 | Ft. Powerwash bottom | $10.00 | $630.00 |
| 18.75 | Labor hours - Scrape bottom - UT bottom | $68.00 | $1,275.00 |
| | Toolroom consumables | | $22.82 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | | **$2,927.82** |

Promet Marine Services shall be entitled to receive from the CUSTOMER all reasonable expenses of collection or enforcement including reasonable attorney's fees and costs necessitated by said actions.

*Thank You*