**Promet Marine Services Corp.**
**242 Allens Ave**
**Providence, RI 02905**
**(401) 467-3730**
**FAX (401) 467-5370**

Look for us at:
www.prometmarineservices.com

# Invoice

To: **F/V Rio Sato &/Or Owners**
**1700 Kingstown Road**
**Wakefield, RI 02883**

Cust # RIO100

| Invoice No. | Purchase Order | Terms | Invoice Date | Job No. |
|---|---|---|---|---|
| 14655 | | COD - Prompt | 11/1/05 | 7371 |

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | Dry Storage November, 2005 | | |
| 30 | Days- Storage | $50.00 | $1,500.00 |
| | Move vessel to storage area | | $1,000.00 |
| | | | |
| | | | |
| | | | |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | | **$2,500.00** |

Promet Marine Services shall be entitled to receive from the CUSTOMER all reasonable expenses of collection or enforcement including reasonable attorney's fees and costs necessitated by said actions.

*Thank You*

Promet Marine Services Corp.
242 Allens Ave
Providence, RI 02905
(401) 467-3730
FAX (401) 467-5370

Look for us at:
www.prometmarineservices.com

# Invoice

To: F/V Rio Sato &/Or Owners
1700 Kingstown Road
Wakefield, RI 02883

Cust # RIO100

| Invoice No. | Purchase Order | Terms | Invoice Date | Job No. |
|---|---|---|---|---|
| 14718 | | COD - Prompt | 12/1/05 | 7415 |

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | Dry Storage December, 2005 | | |
| 31 | Days- Storage | $50.00 | $1,550.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | | **$1,550.00** |

Promet Marine Services shall be entitled to receive from the CUSTOMER all reasonable expenses of collection or enforcement including reasonable attorney's fees and costs necessitated by said actions.

*Thank You*

Promet Marine Services Corp.
242 Allens Ave
Providence, RI 02905
(401) 467-3730
FAX (401) 467-5370

Look for us at:
www.prometmarineservices.com

# Invoice

To: F/V Rio Sato &/Or Owners
1700 Kingstown Road
Wakefield, RI 02883

Cust # RIO100

| Invoice No. | Purchase Order | Terms | Invoice Date | Job No. |
|---|---|---|---|---|
| 14773 | | COD - Prompt | 1/1/06 | 7450 |

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | Dry Storage January 2006 | | |
| 31 | Days- Storage | $50.00 | $1,550.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | | **$1,550.00** |

Promet Marine Services shall be entitled to receive from the CUSTOMER all reasonable expenses of collection or enforcement including reasonable attorney's fees and costs necessitated by said actions.

*Thank You*

**Promet Marine Services Corp.**
**242 Allens Ave**
**Providence, RI 02905**
**(401) 467-3730**
**FAX (401) 467-5370**

**Look for us at:**
**www.prometmarineservices.com**

# Invoice

To: F/V Rio Sado &/Or Owners
1700 Kingstown Road
Peacedale, RI 02883

Cust # RIO100

| Invoice No. | Purchase Order | Terms | Invoice Date | Job No. |
|---|---|---|---|---|
| 14831 | | COD - Prompt | 2/1/06 | 7494 |

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | Dry Storage February 2006 | | |
| 28 | Days- Storage | $50.00 | $1,400.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | | **$1,400.00** |

Promet Marine Services shall be entitled to receive from the CUSTOMER all reasonable expenses of collection or enforcement including reasonable attorney's fees and costs necessitated by said actions.

*Thank You*

**Promet Marine Services Corp.**
**242 Allens Ave**
**Providence, RI 02905**
**(401) 467-3730**
**FAX (401) 467-5370**

**Look for us at:**
**www.prometmarineservices.com**

# Invoice

To: F/V Rio Sado &/Or Owners
1700 Kingstown Road
Peacedale, RI 02883

Cust # RIO100

| Invoice No. | Purchase Order | Terms | Invoice Date | Job No. |
|---|---|---|---|---|
| 14867 | | COD - Prompt | 3/1/06 | 7534 |

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | Dry Storage March 2006 | | |
| 31 | Days- Storage | $50.00 | $1,550.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | | **$1,550.00** |

Promet Marine Services shall be entitled to receive from the CUSTOMER all reasonable expenses of collection or enforcement including reasonable attorney's fees and costs necessitated by said actions.

*Thank You*

**Promet Marine Services Corp.**
**242 Allens Ave**
**Providence, RI 02905**
**(401) 467-3730**
**FAX (401) 467-5370**

**Look for us at:**
**www.prometmarineservices.com**

# Invoice

To:

**F/V Rio Sado &/Or Owners**
**1700 Kingstown Road**
**Peacedale, RI 02883**

Cust # RIO100

| Invoice No. | Purchase Order | Terms | Invoice Date | Job No. |
|---|---|---|---|---|
| 14949 | | COD - Prompt | 4/1/06 | 7588 |

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 30 | Days storage April 2006 | $50.00 | $1,500.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | | **$1,500.00** |

Promet Marine Services shall be entitled to receive from the CUSTOMER all reasonable expenses of collection or enforcement including reasonable attorney's fees and costs necessitated by said actions.

*Thank You*