Promet Marine Services Corp.
242 Allens Ave
Providence, RI 02905
(401) 467-3730
FAX (401) 467-5370

Look for us at:
www.prometmarineservices.com

# Invoice

To: F/V Rio Sado &/Or Owners
1700 Kingstown Road
Peacedale, RI 02883

Cust # RIO100

| Invoice No. | Purchase Order | Terms | Invoice Date | Job No. |
|---|---|---|---|---|
| 14914 | | COD - Prompt | 3/15/06 | 7556 |

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | Provided labor to pump out fuel & water from bilge on 3/10/06. Apporx. 1700 gals. total. Note: Fuel & water is currently bieng stored in Promet's tank. | | |
| 17 | Labor hours RT | $68.00 | $1,156.00 |
| | Toolroom consumables | | $32.31 |
| | | | |
| | | | |
| | | | |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | | **$1,188.31** |

Promet Marine Services shall be entitled to receive from the CUSTOMER all reasonable expenses of collection or enforcement including reasonable attorney's fees and costs necessitated by said actions.

*Thank You*