5/2

# United States District Court

DISTRICT OF Rhode Island

PROMET MARINE SERVICES CORPORATION

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

FISHING VESSEL RIO SADO, its gear, engine appurtenances, equipment, and all other necessaries thereunto appertaining in rem and RUSSEL KOZA, JR.

CA 06 200ML

TO: (Name and Address of Defendant) Fishing Vessel Rio Sado, and Russel Koza, Jr.
1700 Kingstown Road
Peacedale, Rhode Island 02883

486-5365

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jason C. Preciphs, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 4/28/06

Barbara Barletta

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE May 3, 2006 |
|---|---|
| NAME OF SERVER (PRINT) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Russell Koza Jr. 1200 Kingstown Rd. Peacedale R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/3/06
*Date*

[signature]
*Signature of Server*

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

DISTRICT COURT OF RHODE ISLAND
2006 MAY -9 P 3:42
FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.