06-164 05-18-06 DPM: tl

RECEIVED
MAY 24 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION:

VS. : C.A. NO.: 06-200ML

FISHING VESSEL RIO SADO,its gear, engine, appurtenances, equipment, and all other necessaries thereunto appertaining in rem and RUSSELL KOZA, JR. :

## STIPULATION

Now come the undersigned parties and hereby agree that Defendant Russell Koza, et al by and through his attorney, have through and including June 23, 2006 to provide an answer to Plaintiffs complaint.

Daniel P. McKiernan, Esquire (#4705)
***McKiernan Thompson & Millea***
243 North Main Street
Providence, RI 02903
(401)223-1400
(401) 223-1401(fax)

Jason C. Preciphs, Esquire (#6727)
***Roberts, Carroll, Feldstein & Peirce***
10 Weybosset Street, 8th Floor
Providence, RI 02903
(401) 521-7000
(401) 521-1328 (fax)

Enter:
Mary M. Lisi
USDJ 5/25/06