378-2: EDF:JCP
299899

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-0200

FISHING VESSEL RIO SADO, its gear,
engine, appurtenances, equipment,
and all other necessaries
thereunto appertaining in rem and
RUSSELL KOZA, JR.

**PLAINTIFF'S MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN**

Plaintiff, Promet Marine Services Corporation, by their attorneys moves for an Order appointing Promet Marine Services Corporation, Substitute Custodian.

Respectfully submitted,
Plaintiff,
Promet Marine Services Corp.

Jason C. Preciphs #6727
Attorney for Plaintiff
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000; (401) 521-1328 (fax)

## CERTIFICATION

The undersigned hereby certifies that a true copy of Plaintiff's Motion For Order Appointing Substitute Custodian was mailed, postage prepaid, to the following on the 1st day of August, 2006:

Daniel P. McKiernan, Esq.
McKIERNAN, THOMPSON & MILLEA
243 North Main Street
Providence, RI 02903

378-2: EDF:JCP
299899

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-0200

FISHING VESSEL RIO SADO, its gear, engine, appurtenances, equipment, and all other necessaries thereunto appertaining in rem and

RUSSELL KOZA, JR.

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN**

Now comes Plaintiff, Promet Marine Services Corporation, and hereby files this memorandum of law in support of its Motion for an Order of the Honorable Court appointing Promet Marine Services Corporation as Substitute Custodian. In support of its motion, Plaintiff states the following:

1. It is contemplated that the United States Marshal will seize the defendant vessel, F.V. Rio Sado, forthwith pursuant to the warrant of arrest authorized by order of this Court and issued by the Clerk.
2. The proposed Substitute Custodian has the ability and facilities for the preservation, storage and safekeeping of said vessel.
3. The plaintiff in consideration of the Marshal's consent to the substitution of custody, will agree to release the United States and the Marshal from any and all liability and responsibility arising out of care and custody of the said vessel. As shown in the attached affidavit, the proposed Substitute Custodian through its authorized representative agrees to hold harmless and indemnify the United States and the United States Marshal's Service from any and all

claims whatsoever arising out of the Substitute Custodian's negligence in possession and safekeeping.

Respectfully Submitted by,
Plaintiff,
Promet Marine Services Corp.

Jason C. Preciphs #6727
Attorney for Plaintiff
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000
(401 521-1328