EXHIBIT A

378-2: EDF:JCP
299501

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-0200

FISHING VESSEL RIO SADO, its gear,
engine, appurtenances, equipment,
and all other necessaries
thereunto appertaining in rem and
RUSSELL KOZA, JR.

AFFIDAVIT OF SUBSTITUTE CUSTODIAN

Promet Marine Services Corporation by its Vice President, Joel Cohen, being first duly sworn, depose and says that:

1. He is familiar with the defendant vessel, at least to the extent of her size, type, construction, material and apparent condition, and believes that Promet Marine Services Corporation has adequate facilities and supervision for and can safely keep said vessel in place of the U.S. Marshal during the pendency of this suit and until further order of the Court.

2. The charge for said services shall be, while the vessel remains on land, $50.00 per day. In the event that the vessel has to be placed in the water, the charge would be $2,000.00 and thereafter wharfage charges would accrue at $50.00 per day.

3. Promet Marine Services Corporation has adequate liability insurance or assets adequate to res pond to damages for loss of or damage to the defendant vessel during such custody or for damage sustained by third parties due to said custody. Affiant has presented the aforesaid proof of insurance to the U.S. Marshal.

4. Further, Promet Marine Services Corporation agrees to accept substitute custodianship of the defendant vessel, her engines, gear, appurtenances, equipment, and all other necessaries thereunto appertaining in accordance with the order appointing substitute custodian.

5. All costs and expenses incidental to the keeping of the vessel will be paid by the moving party, but without prejudice to the right of the plaintiff to seek to recover these expenses as cost of seizure and expenses of the court upon sale of the vessel or from the individual defendants. The U.S. Marshal does not assume liability for any acts of the substitute custodian or the costs incurred incidental to this court appointed custodianship.

6. I declare under the pains and penalty of perjury that the foregoing is true and correct.

DATED:

Joel Cohen

Joel Cohen, Vice President
Promet Marine Services Corporation

Subscribed and sworn to before me this 31st day of July, 2006.

Edward Dellitri

Notary Public