378-2: EDF:JCP
299501

FILED AUG - 4 2006 DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-0200

FISHING VESSEL RIO SADO, its gear, engine, appurtenances, equipment, and all other necessaries thereunto appertaining in rem and RUSSELL KOZA, JR.

ORDER FOR ISSUANCE OF WARRANT OF MARITIME ARREST PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(3)

Upon reading the verified complaint for issuance of warrant of maritime arrest and supporting papers, and the court finding that the conditions for an action in rem under Supplemental Admiralty Rule C appear to exist, it is hereby ORDERED:

That the clerk shall issue a warrant of maritime arrest of defendant F.V. RIO SADO, Official No. 253426, her gear, engine, appurtenances, equipment, permits and all other necessaries thereunto and appertaining as prayed for in the complaint; and it is further

ORDERED that any person claiming interest in the vessel arrested pursuant to this order, including any of the other defendants shall upon application with the Court, be entitled to a prompt hearing at which plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

ORDERED that a copy of this order be attached to and served with the said warrant of maritime arrest.

ENTERED as an Order of this Court this 4th day of Aug., 2006.

PER ORDER:

Deputy Clerk

ENTERED:

David L. Martin

United States Magistrate Judge 8-4-06

SUBMITTED BY:

Jason C. Preciphs #6727
Attorney for Plaintiff
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000
(401 521-1328