UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN REM WARRANT OF ARREST CIVIL ACTION NO. 06-200 L

***THE PRESIDENT OF THE UNITED STATES OF AMERICA***

To the Marshal of the District of Rhode Island or his/her deputies:

***GREETINGS:***

WHEREAS a verified complaint has been filed in this Court entitled:

**PROMET MARINE SERVICES CORPORATION**
**Plaintiff,**

**vs.**

**F/V RIO SADO (Official No. 253426), her engines, tackle, and appurtenances, IN REM,**
**Defendant**

on April 28, 2006, in the United States District Court for the District of Rhode Island by Promet Marine Services Corporation, Plaintiff, upon an admiralty and maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action;

YOU ARE THEREFORE COMMANDED to attach the said F/V RIO SADO (Official No. 253426) her engines, tackle, etc., now located at 242 Allens Avenue, Providence, Rhode Island in said District, and to detain the same in your custody until further order of the Court respecting same.

Dated at Providence, Rhode Island, this 4th day of August, 2006.

By Order:

By: [signature]
Deputy Clerk

**Note:** **Any claimant of the property seized shall file his/her claim within ten (10) days after the Warrant has been executed, and shall serve his/her answer within twenty (20) days after filing of the claim.**