378-2: EDF:JCP
301435

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-0200

FISHING VESSEL RIO SADO, its gear,
engine, appurtenances, equipment,
and all other necessaries
thereunto appertaining in rem and
RUSSELL KOZA, JR.

PLAINTIFF'S MOTION FOR INTERLOCUTORY SALE

Plaintiff hereby moves the Court for an Order for the interlocutory sale of the Fishing Vessel Rio Sado, official number 253426, by the United States Marshal. Plaintiff relies on the accompanying memorandum and affidavit of David Cohen.

PROMET MARINE SERVICES
CORPORATION
By its Attorney,

/s/ Jason C. Preciphs
Jason C. Preciphs #6727
Roberts, Carroll, Feldstein &
Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000
(401) 521-1328

378-2: EDF:JCP
301435

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-0200

FISHING VESSEL RIO SADO, its gear,
engine, appurtenances, equipment,
and all other necessaries
thereunto appertaining in rem and
RUSSELL KOZA, JR.

MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR INTERLOCUTORY SALE

Plaintiff, Promet Marine Services Corporation ("Promet") filed this admiralty action against the Fishing Vessel Rio Sado ("F.V. Rio Sado"), official number 253426, and its owner to recover for certain repairs, wharfage, and other necessaries provided by Promet to the F.V. Rio Sado and its owner. The F.V. Rio Sado has been seized by the U.S. Marshal pursuant to this Court's Order. The F.V. Rio Sado is presently at Promet's dock at 242 Allens Avenue, Providence, Rhode Island. A substitute keeper has been appointed.

Plaintiff now moves for an Order of the Court directing that the F.V. Rio Sado be sold at public auction and the proceeds from the sale be brought into the Court, in accordance with the provisions of Rule E(9)(b) of the Federal Supplemental Rules for Certain Admiralty and Maritime Claims. That Rule provides:

> (b) Interlocutory Sale. If property that has been attached or arrested is perishable, or liable to deterioration, decay, or injury by being detained in custody pending the action, or if the expense of keeping the property is excessive or disproportionate, or if there is unreasonable delay in securing the release of property, the Court, on application of any party or of the marshal, or other person or organization having the warrant, may order the property or any portion thereof to be sold; and the proceeds, or so much thereof as shall be adequate to satisfy any judgment, may be ordered brought into Court to abide the event of the action . . . Rule E(9)(b), Rules for Certain Admiralty and Maritime Claims.

As set forth in the Affidavit of David Cohen which is filed in support of Plaintiff's Motion, and contemplated by Rule E(9)(b), the vessel is liable to deterioration, decay or injury by being detained in custody, and the expense of keeping the F.V. Rio Sado in custody is disproportionate to its value, especially in light of the fact that there are no grounds for reasonably anticipating that the release of the vessel will be secured. Moreover, upon information and belief, the vessel's licenses or its rights to renew its licenses may be revoked due to inactivity, and they are the primary thing of value. The vessel itself has little value due to its poor condition.

For the reasons submitted above it is requested that the Court issue an Order that the U.S. Marshal conduct a sale as provided for under Rule E(9)(b) and the notice of the sale be published in the Providence Journal once per week for two successive weeks prior to the date of sale, as well as in the Boats and Harbors publication for two consecutive issues.

PROMET MARINE SERVICES CORPORATION
By its Attorney,

/s/ Jason C. Preciphs

Jason C. Preciphs #6727
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000
(401) 521-1328

CERTIFICATION

I hereby certify that on this 18th day of September the within *Motion for Interlocutory Sale and Memorandum of Law in Support* were filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

**Daniel P. McKiernan**
McKiernan Thompson & Millea
243 North Main Street
Providence, RI 02903
223-1400
223-1401 (fax)
dmckiernan@mtmlaw.us

/s/ Jason C. Preciphs