378-2: EDF:JCP
301435

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-0200

FISHING VESSEL RIO SADO, its gear,
engine, appurtenances, equipment,
and all other necessaries
thereunto appertaining in rem and
RUSSELL KOZA, JR.

AFFIDAVIT OF DAVID COHEN IN SUPPORT OF
PLAINTIFF'S MOTION FOR INTERLOCUTORY SALE

1. I am a principal of the Plaintiff, Promet Marine Services Corporation (Promet).

2. The following statements are true to the best of my knowledge and belief and I have personal knowledge of the facts set forth herein.

3. On April 28, 2006, Plaintiff filed a Complaint against the Fishing Vessel Rio Sado in respect of certain unpaid sums due to Promet for inter alia wharfage and repair services.

4. As Plaintiff has requested in its Complaint, a warrant was issued by the Court on August 4, 2006, directing the U.S. Marshal for the District to arrest the vessel.

5. In accordance with the warrant, the United States Marshal effected the arrest of the vessel at Promet's facility in Providence on August 9, 2006.

6. On August 4, 2006, Promet was appointed by the Court as substitute custodian for the vessel.

7. As of the present time the F.V. Rio Sado continues to lay dormant at the Promet facility in Providence. Negotiations with owner for the vessel's release have not been productive.

8. The vessel is, by its very nature, subject to deterioration and decay during the period that it lies dormant at the Promet facility. Decay and deterioration prompted the Untied States Environmental Protection Agency to require Promet to drain and dispose of all fuel in the F.V. Rio Sado due to a leak.

9. The vessel itself has minimal value because of its poor condition.

10. The vessel was seized to pay wharfage and other charges for work performed on the vessel. The vessel continues to accrue wharfage charges with no reasonable prospect of release.

David Cohen, Pres.
David Cohen

Subscribed and sworn to before me this 23rd day of August, 2006.

Lorraine M Cardi ID#38594
Notary Public My Comm. Expires 2/9/10