DPM:lmc 06-164 9/18/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PROMET MARINE SERVICES CORPORATION | : | |
| | : | |
| V. | : | C.A. No.: 2006-0200 |
| | : | |
| FISHING VESSEL RIO SADO, its gear, engine, appurtenances, equipment, and all other necessaries thereunto appertaining in rem and RUSSELL KOZA, JR. | : | |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES counsel for Defendants and hereby moves this Court for an Order allowing him to withdraw as counsel on the above-referenced matter. As grounds for this motion, under the facts of this case, Defendants may be best served with direct efforts at resolving the situation with Plaintiff and, further, that Defendant Russell Koza has been informed of this motion and did not objection.

Plaintiff.
By Their Attorney,

***McKiernan Thompson & Millea***

/s/ Daniel P. McKiernan
Daniel P. McKiernan, Esq. (#4705)
243 North Main Street
Providence, Rhode Island 02903
Tel: (401) 223-1400
Fax: (401) 223-1401

**PROOF OF SERVICE**

I hereby certify that on this 18th day of September 2006 an exact copy of the within ***Motion*** was electronically mailed to: Jason C. Preciphs, Esquire (jpreciphs@rcfp.com) and via U.S. Postal Service to Russell Koza, 1700 Kingstown, Road, South Kingstown, RI 02879-2143.

/s/ Daniel P. McKiernan, Esquire
Daniel P. McKiernan, Esq. (#4705)
***McKiernan Thompson & Millea***
243 North Main Street
Providence, Rhode Island 02903
Tel: (401) 223-1400
Fax: (401) 223-1401
dmckiernan@mtmlaw.us