AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

PROMET MARINE SERVICES
v.
F/V RIO SADO

APPEARANCE

CASE NUMBER: CA 06-200 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFF PROMET MARINE SERVICES CORP.

I certify that I am admitted to practice in this court.

10-26-06
*Date*

John B. Marotta
*Signature*

John B. Marotta
*Print Name*

*Bar Number*

10 Weybosset St.
*Address*

Providence — RI — 02903
*City* *State* *Zip Code*

521-7000 — 521-1328
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.