AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

PROMET MARINE SERVICES

v.

F/V RIO SADO

APPEARANCE

CASE NUMBER: CA 06-200ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RUSSELL C. KOZA, JR. PRO SE

I certify that I am admitted to practice in this court.

10.25.06
*Date*

[signature]
*Signature*

Russell C. Koza Jr.
*Print Name* *Bar Number*

1700 Kingstown Rd
*Address*

PeaceDale RI 02883
*City* *State* *Zip Code*

401-486-5365
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.