UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PROMET MARINE SERVICES CORPORATION | : | |
| | : | |
| V. | : | C.A. NO.: 2006-0200ML |
| | : | |
| FISHING VESSEL RIO SADO, its gear engine, appurtenances, equipment, and all other necessaries thereunto appertaining *in rem* and RUSSELL KOZA, JR. | : | |

EMERGENCY MOTION FOR RELIEF

NOW COMES Defendant Russell Koza and now moves this Court for an Order to halt Public Auction Sale of F/V RIO SADO. As for grounds for this motion, Counsel for the Plaintiff could not be reached, and no resolution could be discussed.

Russell C. Koza Jr.
1700 Kingstown Rd.
Peace Dale, RI 02883
Tel: (401) 486-5365

PROOF OF SERVICE

I hereby certify that on this day 10th of NOvember an exact copy was mailed to Jason C. Preciphs, Esquire via U.S. Postal Service, and via hand delivery.

valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Banita M. Butcher, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## FISHING VESSEL RIO SADO

### Notice of Auction Sale by U.S. Marshal

Promet Marine Services Corp. v. F/V Rio Sado et al, United States District Court for the District of Rhode Island, C-A. No. 06-200ML.

By virtue of an order of interlocutory sale entered by the Court in the above action on October 10, 2006, notice is hereby given that the U.S. Marshal or one of his deputies will sell by public auction to the highest and best bidder for cash, the F/V Rio Sado, her engines, gear, tackle, equipment fisheries permits, furnishings, appurtenances, etc., AS IS, WHERE IS, at:

12:00 p.m.,
November 13, 2006
Promet Marine Services Corp.
242 Allens Avenue
Providence, Rhode Island

The successful bidder shall, at the time of the auction, pay to the United States Marshal's Service, by certified/cashier's check a deposit of 10% of the bid price; the balance of the bid price is to be paid before the confirmation hearing (to be scheduled by the Court), failing which the deposit will be forfeited. The sale is subject to confirmation by the Court.

The F/V Rio Sado, official number 253426, is a steel-hull vessel of approximate overall length 62 ft. L.O.A. and a width of approximately 18.8 feet, built in 1947 at Port Arthur, TX by Burton Construction and Shipbuilding.

Prospective bidders may visit the vessel, at their own expense and risk, on and after October 31, 2006 by making suitable arrangements with the substitute custodian for the vessel, Promet Marine Services Corp., 401-467-3730.

the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Hilary A. Wyche, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## MORTGAGEE'S SALE

37 Sandy Brook Road
Glocester, Rhode Island

Will be sold at public auction on November 16, 2006 at 9:00 a.m. local time on the premises at 37 Sandy Brook Road, Glocester, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Robin Dimeglio and Michael T. Dimeglio, which mortgage is dated June 30, 2004, and recorded July 7, 2004 at 8:34 AM in Book 341 at Page 340 in the Glocester Records of Land Evidence, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 341 at Page 340 in the Glocester Records of Land Evidence.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Hilary A. Wyche, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## MORTGAGEE'S SALE

2 Flint Street
Pawtucket, Rhode Island

Will be sold at public auction on November 16, 2006 at 10:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by JAMES A. RIDENS and DEBORAH A. RIDENS, dated April 26, 2004, and recorded in the Records of Land Evidence of the City of Pawtucket, State of Rhode Island, in Book 2069, Page 151, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 2069 at Page 151.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
Attorneys for Holder of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

gives notice of intention to bid at said sale or any postponement thereof, or adjournment thereof.

NICHOLAS BARRETT
Attorney for the Holder of the Mortgage
999 South Broadway
East Providence, Rhode Island 02914
(401) 438-9000

## MORTGAGEE'S SALE

62 Rushmore Avenue
Providence, Rhode Island

Will be sold at public auction on November 2, 2006 at 4:00 p.m. local time on the premises at 62 Rushmore Avenue, Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Linda M. Whitaker a/k/a Linda Whitaker, which mortgage is dated June 13, 2005, and recorded June 17, 2005 at 2:02 p.m. in Book 7359 at Page 96 in the Providence Records of Land Evidence, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 7359 at Page 96 in the Providence Records of Land Evidence.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Hilary A. Wyche, Esquire
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

ABLITT &