**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES MARSHAL'S REPORT OF SALE**

**Promet Marine Services Corporation**

**vs.** **C.A. No. 2006-0200 ML**

**Fishing Vessel, RIO SADO, its gear, engines, appurtenances, equipment, and all other necessaries thereunto appertaining in rem and RUSSELL KOZA, JR.**

**AND NOW COMES Robert D. Young, Deputy United States Marshal for the District of Rhode Island, and states that, pursuant to the Plaintiff's Motion for Interlocutory Sale of the defendant vessel issued on October 10, 2006 and signed by United States District Court Judge Mary M. Lisi, I offered for sale at public auction, at high noon, on November 13, 2006 at Promet Marine Services Corporation, 242 Allens Avenue, Providence, Rhode Island the above described vessel.**

**Pursuant to the Order, I report the following:**

**1. Prior to receiving any bids towards purchase, a copy of the Notice of Auction Sale by U.S. Marshal was read aloud to the prospective bidders present;**

**2. There were five individuals present at the sale of which three in attendance did voice bids towards the purchase of said vessel;**

**3. The highest successful bid offered was that of Promet Marine Services Corporation, 242 Allens Avenue, Providence, RI, in the amount of Twenty Thousand Dollars ($20,000.00) to protect their monetary interest in said vessel. At the time of sale Promet Marine Services Corporation provided me with a Statement of Expenses dated November 30, 2006 and is attached for your reference.**

**4. No deposit was necessary and Attorney Jason Preciphs concurred. All service of process fees, expenses and commission will be deducted from the Advance Deposit for Seizure being securely held by the United States Marshal in the District of Rhode Island.**

**NOW WHEREAS, the Court directs that such sale be subject to confirmation, the United States Marshal awaits the further Order of the Court.**

Robert D. Young

**Robert D. Young**
**Criminal Investigator**
**Deputy U.S. Marshal**
**United States Marshals Service**
**District of Rhode Island**

November 13, 2006
**Date**