UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-200 ML

FISHING VESSEL RIO SADO, its gear, engine, appurtenances, equipment, and all other necessaries thereunto appertaining in rem and RUSSELL KOZA, JR.

**AFFIDAVIT OF NOTICE BY PUBLICATION**

Pursuant to Local Rule 5.2, I, Jason C. Preciphs, the undersigned counsel, do hereby swear and affirm that I caused to be published, relative to the Interlocutory Sale of the Defendant *in rem* in the above captioned matter, a copy of the *Notice of Sale*, true copies of which are appended hereto. Five publications occurred as follows:

(a) The Providence Journal on Wednesday, November 1, 2006 at page G4.
(b) The Providence Journal on Monday, November 6, 2006 at page E8.
(c) Boats and Harbors, First November Issue (November 1, 2006), at page 45.
(d) Boats and Harbors, First November Issue (November 1, 2006), at page 46.
(e) Boats and Harbors, Second November Issue (November 10, 2006), at page 45.

Jason C. Preciphs

Sworn and subscribed to before me on ~~this~~ 28th day of November, 2006.

Patricia A. Port
Notary Public
My Commission Expires: 6/26/09