UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-200 ML

FISHING VESSEL RIO SADO, its gear, engine, appurtenances, equipment, and all other necessaries thereunto appertaining in rem and RUSSELL KOZA, JR.

MOTION TO CONFIRM AND APPROVE
THE SALE OF FISHING VESSEL RIO SADO

Now comes the Plaintiff Promet Marine Services Corporation and moves this Honorable Court, pursuant to Supplemental Rule E (9)(b), to approve the sale of the F/V Rio Sado, Official Number 253426, her engine, gear, equipment, fisheries permits, furnishings, appurtenances and other necessaries, to the Promet Marine Services Corporation, 242 Allens Avenue, Providence, Rhode Island, for the sum of $20,000. Plaintiff relies on the accompanying memorandum and exhibits.

Rule 7(e) Statement

The Court has scheduled a Confirmation hearing relative to the sale that is the subject for this motion to occur on November 30, 2006. Plaintiff requests ten minutes for oral argument.

/s/ Jason C. Preciphs
Jason C. Preciphs #6727
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000
(401) 521-1328
jpreciphs@rcfp.com

CERTIFICATION

I hereby certify that on this 28th day of November 2006, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be delivered by other means to the individual listed below who is not a registered participant as identified on the Notice of Electronic Filing who, from Plaintiff, has been mailed a true copy of the within document via First Class Mail, postage prepaid:

Russell Koza, Jr
1700 Kingstown Road
PeaceDale, RI 02883

/s/ Jason C. Preciphs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-200 ML

FISHING VESSEL RIO SADO, its gear,
engine, appurtenances, equipment,
and all other necessaries
thereunto appertaining in rem and
RUSSELL KOZA, JR.

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO CONFIRM AND APPROVE THE SALE OF FISHING VESSEL RIO SADO

Now comes the Plaintiff, Promet Marine Services Corporation, and moves the Court pursuant to Supplemental Rule E (9)(b) to confirm the sale of the F/V Rio Sado, O.N. 253426, her engine, gear, equipment, fisheries permits, furnishings, appurtenances and other necessaries, to the Promet Marine Services Corporation for the sum of $20,000. Plaintiff states as grounds for its motion that pursuant to this court's order of interlocutory sale of October 10, 2006, the U.S. Marshal conducted a public auction on November 13, 2006 at 12:00 p.m. at the premises of Promet Marine Services Corporation, 242 Allens Avenue, Providence, Rhode Island 02905 for the sale of the F/V Rio Sado.

The auction was of a steel-hulled workboat that was the subject matter of this litigation. In substance, the plaintiff had provided services to repair the vessel for the defendant *in personam*. However, the defendant did not pay for these services. The boat was left in Plaintiff's facility. Storage and finance charges continued to accrue. *See* Exhibit 1.

Advertisements for the November 13, 2006 sale were run in the Providence Journal on November 1, 2006 and, again, on Monday, November 6, 2006. In addition, the Notice of Sale appeared twice in the November 1, 2006 issue of Boats and Harbors and once in the November 10, 2006 issue of the same publication. *See* Exhibit 2.

Again, the Unites States Marshal for the District of Rhode Island conducted the auction on November 13, 2006. As indicated in the *United States Marshal's Report of Sale*, filed with the Court on the date of the sale, five individuals were present at the sale of which three in attendance bid on the vessel. After competitive bidding amongst duly qualified bidders, the plaintiff agreed to purchase the vessel for $20,000. *See* Exhibit 3.

In light of the repair costs, storage charges and advertising costs, there are no surplus funds. Plaintiff now seeks an order of the court approving the sale so that the plaintiff may document the vessel with the National Vessel Documentation Center of the United States Coast Guard. In light of the foregoing, plaintiff requests that this Court grant its motion and enter an Order confirming the sale of the F.V. Rio Sado as outlined herein.

/s/ Jason C. Preciphs
Jason C. Preciphs #6727
Roberts, Carroll, Feldstein &
Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000
(401) 521-1328
jpreciphs@rcfp.com

CERTIFICATION

I hereby certify that on this 28th day of November 2006, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be delivered by other means to the individual listed below who is not a registered participant as identified on the Notice of Electronic Filing who, from Plaintiff, has been sent a true copy of the within document via First Class Mail, postage prepaid:

Russell Koza, Jr
1700 Kingstown Road
PeaceDale, RI 02883

/s/ Jason C. Preciphs