# STATEMENT

**PROMET MARINE SERVICES CORPORATION**
P.O. Box 14126 • East Providence, RI 02914
(401) 467-3730 • Fax (401) 467-5370

F/V RIO SADO &/OR OWNERS
1700 KINGSTOWN ROAD

PEACEDALE, RI 02883

| PAGE NO. | STATEMENT DATE | ACCOUNT NO. |
|---|---|---|
| 1 | 11/30/06 | RIO100 |

| REFERENCE | DATE | CODE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 3091 | 09/06/06 | F | CUMULATED F/C'S 10/05 - 8/06 | | 2,048.47 | 2,048.47 |
| 15217 | 09/06/06 | I | RIO100 #7816 | | 1,500.00 | 3,548.47 |
| 15278 | 10/01/06 | I | RIO100 #7864 | | 1,550.00 | 5,098.47 |
| 15339 | 11/01/06 | I | RIO100 #7913 | | 1,500.00 | 6,598.47 |
| 146011 | 09/06/06 | I | RIO100 W/O Y/E 10/06 | | 2,927.82 | 9,526.29 |
| 146551 | 09/06/06 | I | RIO100 W/O Y/E 11/05 | | 2,500.00 | 12,026.29 |
| 147181 | 09/06/06 | I | RIO100 W/O Y/E 12/05 | | 1,550.00 | 13,576.29 |
| 147731 | 09/06/06 | I | RIO100 W/O Y/E 01/06 | | 1,550.00 | 15,126.29 |
| 148311 | 09/06/06 | I | RIO100 W/O Y/E 02/06 | | 1,400.00 | 16,526.29 |
| 148671 | 09/06/06 | I | RIO100 W/O Y/E 03/06 | | 1,550.00 | 18,076.29 |
| 149141 | 09/06/06 | I | RIO100 W/O Y/E 03/06 | | 1,188.31 | 19,264.60 |
| 149491 | 09/06/06 | I | RIO100 W/O Y/E 04/06 | | 1,500.00 | 20,764.60 |
| 149901 | 09/06/06 | I | RIO100 W/O Y/E 05/06 | | 1,550.00 | 22,314.60 |
| 150501 | 09/06/06 | I | RIO100 W/O Y/E 06/06 | | 1,500.00 | 23,814.60 |
| 150801 | 09/06/06 | I | RIO100 W/O Y/E 06/06 | | 1,310.75 | 25,125.35 |
| 150951 | 09/06/06 | I | RIO100 W/O Y/E 07/06 | | 1,550.00 | 26,675.35 |
| 1514411 | 09/06/06 | I | RIO100 W/O Y/E 08/06 | | 1,550.00 | 28,225.35 |
| 1514412 | 09/06/06 | I | RIO100 LEGAL CHGS THRU 8/31/06 | | 6,564.32 | 34,789.67 |
| 20060930 | 09/30/06 | F | Cus:RIO100 | Fch:20060930 | 414.64 | 35,204.31 |
| 20061031 | 10/31/06 | F | Cus:RIO100 | Fch:20061031 | 437.89 | 35,642.20 |
| 20061130 | 11/30/06 | F | Cus:RIO100 | Fch:20061130 | 460.39 | 36,102.59 |

CODES:
I = INVOICE P = PAYMENT
C= CR MEMO A = DISCOUNT ALLOWED
D= DR MEMO F = FINANCE CHARGE

PLEASE PAY THIS AMOUNT 36,102.59

| Aged Total: CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 2,398.28 | 1,550.00 | 32,154.31 | .00 |

# REMITTANCE ADVICE

**PROMET MARINE SERVICES CORPORATION**
P.O. Box 14126 • East Providence, RI 02914
(401) 467-3730 • Fax (401) 467-5370

PLEASE DETACH HERE AND RETURN WITH PAYMENT

CHECK EACH ITEM IN THE "✓" COLUMN BEING PAID

F/V RIO SADO &/OR OWNERS

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 11/30/06 | RIO100 |

| REFERENCE | CODE | AMOUNT | ✓ |
|---|---|---|---|
| 3091 | F | 2,048.47 | |
| 15217 | I | 1,500.00 | |
| 15278 | I | 1,550.00 | |
| 15339 | I | 1,500.00 | |
| 146011 | I | 2,927.82 | |
| 146551 | I | 2,500.00 | |
| 147181 | I | 1,550.00 | |
| 147731 | I | 1,550.00 | |
| 148311 | I | 1,400.00 | |
| 148671 | I | 1,550.00 | |
| 149141 | I | 1,188.31 | |
| 149491 | I | 1,500.00 | |
| 149901 | I | 1,550.00 | |
| 150501 | I | 1,500.00 | |
| 150801 | I | 1,310.75 | |
| 150951 | I | 1,550.00 | |
| 1514411 | I | 1,550.00 | |
| 1514412 | I | 6,564.32 | |
| 20060930 | F | 414.64 | |
| 20061031 | F | 437.89 | |
| 20061130 | F | 460.39 | |

**TOTAL** 36,102.59