UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROMET MARINE SERVICES CORPORATION

vs. C.A. No. 2006-200 ML

FISHING VESSEL RIO SADO, its gear,
engine, appurtenances, equipment,
and all other necessaries
thereunto appertaining in rem and
RUSSELL KOZA, JR.

**AFFIDAVIT OF NOTICE BY PUBLICATION**

Pursuant to Local Rule 5.2, I, Jason C. Preciphs, the undersigned counsel, do hereby swear and affirm that I caused to be published, relative to the Interlocutory Sale of the Defendant *in rem* in the above captioned matter, a copy of the *Notice of Sale*, true copies of which are appended hereto. Five publications occurred as follows:

(a) The Providence Journal on Wednesday, November 1, 2006 at page G4.
(b) The Providence Journal on Monday, November 6, 2006 at page E8.
(c) Boats and Harbors, First November Issue (November 1, 2006), at page 45.
(d) Boats and Harbors, First November Issue (November 1, 2006), at page 46.
(e) Boats and Harbors, Second November Issue (November 10, 2006), at page 45.

Jason C. Preciphs

Sworn and subscribed to before me on this 28th day of November, 2006.

Notary Public
My Commission Expires: 6/26/09

**FISHING VESSEL**
**RIO SADO**
**Notice of**
**Auction Sale by**
**U.S. Marshal**

Promet Marine Services Corp. v. F/V Rio Sado et al, United States District Court for the District of Rhode Island, C.A. No. 06-200ML

By virtue of an order of interlocutory sale entered by the Court in the above action on October 10, 2006, notice is hereby given that the U.S. Marshal or one of his deputies will sell by public auction to the highest and best bidder for cash, the F/V Rio Sado, her engines, gear, tackle, equipment, fisheries permits, furnishings, appurtenances, etc. AS IS, WHERE IS, at:

12:00 p.m.
November 13, 2006
Promet Marine Services Corp.
242 Allens Avenue
Providence, Rhode Island

The successful bidder shall, at the time of the auction, pay to the United States Marshal's Service, by certified/cashier's check a deposit of 10% of the bid price, the balance of the bid price is to be paid before the confirmation hearing (to be scheduled by the Court), failing which the deposit will be forfeited. The sale is subject to confirmation by the Court.

The F/V Rio Sado, official number 253426, is a steel-hull vessel of approximate overall length 62 ft. L.O.A. and a width of approximately 18.8 feet, built in 1947 at Port Arthur, TX by Burton Construction and Shipbuilding.

Prospective bidders may visit the vessel at their own expense and risk, on and after October 31, 2006 by making suitable arrangements with the substitute custodian for the vessel, Promet Marine Services Corp., 401-467-3730.

# FISHING VESSEL RIO SADO

PJ 11/6/06

**FISHING VESSEL RIO SADO**

**Notice of Auction Sale by U.S. Marshal**

Promet Marine Services Corp. v. F/V Rio Sado et al, United States District Court for the District of Rhode Island, C.A. No. 06-200ML

By virtue of an order of interlocutory sale entered by the Court in the above action on October 10, 2006, notice is hereby given that the U.S. Marshal or one of his deputies will sell by public auction to the highest and best bidder for cash, the F/V Rio Sado, her engines, gear, tackle, equipment fisheries permits, furnishings, appurtenances, etc., AS IS, WHERE IS, at:

12:00 p.m.,
November 13, 2006
Promet Marine Services Corp.
242 Allens Avenue
Providence, Rhode Island

The successful bidder shall, at the time of the auction, pay to the United States Marshal's Service, by certified/cashier's check a deposit of 10% of the bid price; the balance of the bid price is to be paid before the confirmation hearing (to be scheduled by the Court), failing which the deposit will be forfeited. The sale is subject to confirmation by the Court.

The F/V Rio Sado, official number 253426, is a steel-hull vessel of approximate overall length 62 ft. L.O.A. and a width of approximately 18.8 feet, built in 1947 at Port Arthur, TX by Burton Construction and Shipbuilding.

Prospective bidders may visit the vessel, at their own expense and risk, on and after October 31, 2006 by making suitable arrangements with the substitute custodian for the vessel, Promet Marine Services Corp., 401-467-3730.



34' Crusader, 1978 Flybridge Sportfish model, 320 HP 3208T CAT Engine, upgraded keel and splash rails, standup head with holding tanks, full canvas, currently in charter service.

***Asking $34,000 • (941) 204-3474***



***64' x 27' Blount.*** 149 passenger LBS, Haulout 2/05 COI good until Sept 2010. Zero hours on rebuilt single 8-71N. 65KW Genset (6-71N). Turnkey. ***860-460-3247***
www.seapony.com or captain@seapony.com
***Asking $375K*** Open to offers



***65 x 15 x 3.5 Tour Boat***

100 pax, COI expired, Truckable engines removed.

***$30,000 USD***
***(206) 465-7981***
***www.quicktow.com***

# ISLAND WIDE MARINE INSURANCE

***Customized Programs For:***

## PASSENGER VESSELS

Headboats • Charter Boats • 6 PAK's
Excursion • Dinner Cruise • Sightsee
Ferries • Whale Watch • Eco Tour
Pilot Boats • Harbor Tour • Water Taxi
ALL OTHER TYPES

***Also Providing Coverage For:***

Workboats • Inshore Fishing Vessels

★ ***Our Policies are Carefully Crafted to Meet Your Specific Needs*** ★

***Featuring***

Very Competitive Pricing • Easy Payment Terms
Superior Claims Service • A Rated American Companies
Discounts For Seasonal Operators

**1-800-635-6097**

*SERVING UP*



Boats & Harbors-
yellow-sheet
to the commercial
marine industry

***FOR SALE***
***TUNA FISHING BOAT***



***Year: 1990 • 85' x 23' • Steel***
***(2) Cat 3406B • 2 Isuzu - Generator***
***Fully Operational***
***Tel: (985) 888-0582***
***Cell (985) 856-8100***



***1983 64' BERTRAM***

With twin turbo diesel 12V71 rebuilt completely in 2005, 0 Hrs, Northern Light 16kw generator, Rebuilt completely by manufacturer. 3 staterooms, 3 heads, a lot of custom wood work in cherry already done.

***Accepting All Reasonable Offers***

***Call Mike or Rosy***
***(305) 635-2818***
***(305) 582-3644***
***(786) 252-7481***
***$259,000***

***FISHING VESSEL RIO SADO***

## Notice of Auction Sale by U. S. Marshal

Promet Marine Services Corp. v. F/V Rio Sado, et al., United States District Court for the District of Rhode Island, C.A. No. 06-200ML

By virtue of an order of interlocutory sale entered by the Court in the above action on October 10, 2006, notice is hereby given that the U.S. Marshal or one of his deputies will sell by public auction to the highest & best bidder for cash, the F/V Rio Sado, her engines, gear, tackle, equipment, fisheries permits, furnishings, appurtenances, etc., AS IS, WHERE IS, at:

## *12:00 PM, November 13, 2006*

***Promet Marine Services Corp.***
***242 Allens Avenue***
***Providence, Rhode Island***

The successful bidder shall, at the time of the auction, pay to the United States Marshal's Service, by certified/cashier's check a deposit of 10% of the bid price; the balance of the bid price is to be paid before the confirmation hearing (to be scheduled by the Court), failing which the deposit will be forfeited. The sale is subject to confirmation by the Court

The F/V Rio Sado, official number 253426, is a steel-hull vessel of approximate overall length 62 ft., and a width of approximately 18.8 feet, built in 1947 at Port Arthur, TX by Burton Construction.

Prospective bidders may visit the vessel, at their own expense and risk, on and after October 31, 2006 by making suitable arrangements with the substitute custodian for the vessel, ***Promet Marine Services Corp., 401 467-3730 or with their attorney Jason Preciphs @ 401-521-7000***

NEXT GEN

## DIESEL GENERATORS







Kubota
**1800 RPM Generators**

| | | Exchange Cooled | Keel Cooled | Radiator Cooled |
|---|---|---|---|---|
| 1cyl | 3.5kw | $ 4,600.00 | $ n/a | $ 3,786.00 |
| 2cyl | 5.5kw | 5,700.00 | 4,600.00 | 5,000.00 |
| 3cyl | 7.0kw | 7,050.00 | 4,405.00 | 4,825.00 |
| 3cyl | 8.5kw | 7,650.00 | 4,825.00 | 5,140.00 |
| 3cyl | 9.5kw | 8,200.00 | 5,035.00 | 5,455.00 |
| 4cyl | 10.5kw | 8,636.00 | 5,245.00 | 5,665.00 |
| 4cyl | 12.5kw | 9,600.00 | 5,455.00 | 5,875.00 |
| 4cyl | 15kw | 9,985.00 | 5,935.00 | 6,355.00 |
| 4cyl | 21kw | 11,650.00 | 6,460.00 | 6,925.00 |
| 4cyl | 25kw | n/a | 7,225.00 | 7,625.00 |
| 4cyl | 30kw | 16,350.00 | 7,615.00 | 7,930.00 |
| 4cyl | 40kw | n/a | 8,325.00 | 8,820.00 |

Prices include ISO mounts, switch start with hour meter mounted, other accessories and options available.

***1732 St. Johns Bluff Road***
***Jacksonville FL 32246***
***www.nextgenerationpower.com***

**888-463-9879**

**Phone (904) 642-8555 • Fax (904) 642-8175**

# RATES, ETC.

**DISPLAY ADVERTISING: (3 ISSUES)**

**RATES: Based on the column inch which is 1" deep and 2 1/4" (14 picas) wide**

| SIZE | RATE | SIZE | RATE | SIZE | RATE | SIZE | RATE |
|---|---|---|---|---|---|---|---|
| 1" | $ 64.00 | 12" | $516.00 | 27" | $1107.00 | 48" | $1680.00 |
| 2" | $102.00 | 13" | $546.00 | 28" | $1148.00 | 52" | $1768.00 |
| 3" | $150.00 | 14" | $568.00 | 30" | $1200.00 | 56" | $1904.00 |
| 4" | $196.00 | 15" | $630.00 | 32" | $1280.00 | 60" | $1980.00 |
| 5" | $245.00 | 16" | $640.00 | 33" | $1287.00 | | |
| 6" | $294.00 | 18" | $738.00 | 36" | $1404.00 | | |
| 7" | $343.00 | 20" | $820.00 | 39" | $1482.00 | | |
| 8" | $376.00 | 21" | $861.00 | 40" | $1520.00 | | |
| 9" | $405.00 | 22" | $902.00 | 42" | $1554.00 | | |
| 10" | $430.00 | 24" | $984.00 | 44" | $1584.00 | | |
| 11" | $473.00 | 26" | $1066.00 | 45" | $1620.00 | | |

Double Page $4096.00
Center Spread $4352.00
Cover Page $2080.00

Full Page $2,112.00 1/2 Page $1,280.00
1/3 Page $881.00 1/4 Page $640.00

**CLASSIFIED ADVERTISING**

Rates for classified advertising: 80 cents per word, minimum 20 words for $16.00 (charge covers two consecutive issues), $1.20 per word, minimum 20 words for $24.00 (covers three consecutive issues), $1.60 per word, minimum 20 words for $32.00 (covers four consecutive issues). Each additional consecutive issue .40 cents per word. For "Blind" ads (B&H box No. replies) add $4.00 for 2 issues or $6.00 for 3 issues. Include in count words in name, address, phone numbers & count each initial or number as a separate word unless considered good style to group, as P.O., H.P., 16-278A, etc., but if more than seven characters count as two words.
Bold Type $1.14 per word 20 word minimum for $22.80 (charge covers two consecutive issues) $1.71 per word 20 word minimum for $34.20 (covers three consecutive issues) $2.28 per word 20 word minimum for $45.60 (covers four consecutive issues), etc.

- TERMS: Payment With Order
- CLOSING DATES: 9th, 19th, 29th, 9:00AM C.S.T. (Unless Otherwise Published)

We Reserve The Right To Reject Any or All Advertising.

ADDRESSES - (MAILING) Boats & Harbors, P.O. Drawer 647, Crossville, TN 38557. Physical Delivery Address: Boats & Harbors, 175 4th St. Crossville, TN 38555-4302

9:00 A.M. C.S.T
**PHONE: (931) 484-6100**

9:00 AM C.S.T.
**FAX: (931) 456-2337**

# CLASSIFIED ADVERTISING SECTION

### ★ BOAT HANDLING EQUIPMENT FOR SALE

GREGG LIFT TRUCK Co. Inc. Ross Gregg, (800) 699-0962. Email info@gregglifttrucks.com. Web www.gregglifttrucks.com. New "short wheel base" Wiggins "Marina Bull" and used for sale. (11) Taylor trade-ins $15,000.00 to $85,000.00. Fork lift fork covers and boat lifting straps available.

MARITIME — New and used hydraulic trailers, sling lifts, forklifts and transport trailers, showroom dollies, yardarm jacks, more available. List your equipment for sale. www.marinasandtransport.com (508) 758-9409 Rob Lee.

BRAND NEW 20 Metric ton ABI hydraulic trailer from ASCOM, yard only, self propelled, VM diesel, radio remote control, self leveling, etc. 3-4 wk. delivery, new warranty. Jim Alfieri (813) 653-4390 lbe@tampabay.rr.com / www.ibeglobal.com

### ★ PILING FOR SALE

STEEL PIPE For piling, spuds, dredging, etc. See our display ad in this issue. (800) 238-7473. www.crestwoodtubulars.com

### ★ PILE DRIVING EQUIPMENT FOR SALE

**AMERICAN TWO DRUM Model 70-B hoist, two winch heads, good running Ford industrial engine, C/W Funk torque. $10,500.00 USD. Photos at www.winchme.com (514) 386-7507**

### ★ PILE DRIVING EQUIPMENT WANTED

WANTED: MK-5 AIR Pile hammer. Contact: Collins Company, 1-(888) 300-0100 or (360) 708-5320, collins@whidbey.net

### ★ CUSTOM NOZZLES FOR SALE

KORT NOZZLES - All sizes. We have 60", 62", 64", 66" & 68" type 19A for immediate delivery. For information Call C N F, Inc. (228) 762-4612 or Fax (228) 769-0556.

### ★ ANCHORS/CHAINS FOR SALE

**11 SHOTS OF USED 1-1/4" stud link anchor chain, excellent condition, cleaned, dipped, cut into shots. $850.00 USD each. Call Gerard at (985) 385-6591.**

SHIPS ANCHOR 6,000 LB. Danforth style, good condition. Located north of Boston. $1,200.00. Marblehead Marine Trucking and Construction. 1-(781) 631-5280

### ★ FORKLIFTS FOR SALE

CLARK FORKLIFT, Model C500, diesel marina truck, 20' swing forks, capacity 20,000 lbs. Asking $25K. Contact Norman (832) 864-4000

### ★ CRANES FOR SALE

(2) LINKBELT D-180 Diesel hammers, with driving attachments. Call Erich Kremer (732) 684-1910 in NJ.

125 TON AMERICAN Pedestal crane, 120 ft. boom, Detroit power. (281) 440-6698 turner@rigandcrane.com

AMERICAN 399 Crawler crane, GM 371, 60 ft. boom. Linkbelt 78 crawler crane, 70 ft. boom, GM 471. $15,000.00 or B/O. Both good barge cranes. (609) 641-1503, (609) 377-4374

PETTIBONE 30 Ton Hyd. cherry picker, GMC engine. $42,500.00. (216)531-8000.

### ★ HOIST/WINCHES FOR SALE

100 TON A-FRAME With a 50:1 Navy winch, powered by a 4 cyl. Detroit Diesel. A 10 part block is included. $5,000.00 (207) 772-5354

**AMERICAN 90-B Two drum hoist, ready for refurbishing, and repower $15,000.00 USD. (514) 386-7507, www.winchme.com**

PLEASE TELL YOUR Friends about Boats & Harbors. Thank You!

**AMERICAN TWO DRUM Model 70-B hoist, two winch heads, good running Ford industrial engine, C/W Funk torque. $10,500.00 USD. Photos at www.winchme.com (514) 386-7507**

TIME IS MONEY! When you need an item or wish to sell something advertise with us.

**WINCH DRUMS, CLUTCH parts for sale. Clyde, American, 90-B, 120-B, Frame 6. Call Jerry (985) 385-6591**

CAPSTANS FOR SALE: 10 HP electric, Model 10 AMCLYDE, 10" drum, 6000# @ 45 fpm. Call Jim Irwin at (908) 272-4010, ext. 2137. For other equipment and marine services see www.weeksmarine.com

WINCH, BRADEN PD 18, 20,000 LB Pull, W/±200", 5/8 wire, low hours on winch. $2,400.00 FOB Syracuse. (315) 729-7676

### ★ HELP WANTED

ALL AMERICAN MARINE, Inc.: Now accepting applications for the following-captains, mates, engineers, AB, O/S, Q-Med, tankerman, deckhands. americancrewing@cs.com 1-(800) 576-8562.

100 & 200 TON CAPTAINS needed immed. in Gulf of Mexico & towing vessels inland. Gulfport Marine (888) 730-9309 gme2111@bellsouth.net

**200T AND UP Captains with Master of Tow wanted. San Diego and Long Beach, CA. (619) 533-7932 Ask for Bob. Pacific Tugboat Service.**

CONSTELLATION Maritime Co. is accepting applications for Lead Maintenance Engineer. Full time, Monday thru Friday in Boston MA. Responsibilities include troubleshooting, maintenance and repair of all tugboat systems. Experience with EMD and Detroit 71 Series engines required for tune ups and rebuilds, etc. Fax resume to: (617) 507-1296

EXPERIENCED CAPTAIN To work 42 ft. commercial fishing vessel in the Gulf of Mexico based out of Tarpon Springs, FL. Call: (cell phone) (347) 665-2570

LOOKING FOR AN Energetic full service manager for busy South Florida boatyard. Experience and references necessary. Interviews to be kept discreet. Call (305) 324-8004

LOOKING FOR Full/part time captain, 100 gross tons. Near coastal a must. Year round operation, benefits. (516) 377-7400

MARINE CARPENTER Wanted. Boat restorer in the New Orleans area needs an experienced marine carpenter to do restoration on storm damaged yachts. Carpenter needs experience in cold mold yacht construction. Please call (504) 324-9527, leave message.

SOUTHERN CALIFORNIA Tug Boat Company is looking for captains and mates with Masters of Towing Upon Oceans endorsement, certified and non certified engineers as well as deckhands. Please call Chad Carpenter for more information at (619) 477-7900 or fax resume to (619) 477-7999

### ★ SERVICES OFFERED

FLEETING SERVICE — Central Boat Rentals, Inc. Morgan City, LA. 20 ft. draft. Barges, boats, ships. (985) 384-8200.

### ★ INSTRUCTION

BECOME A PROFESSIONAL Marine surveyor, commercial and recreational courses. Navtech US surveyors nationwide home study guide. Survey forms, check lists, USCG NVCS, accreditation. USCG approved for fishing vessels. Advertise your boating business with us on the web! Toll-free: 1-(800) 245-4425.

CAPTAIN'S LICENSE PREP guide for 6 passenger and 100 ton Master's licenses. 2006 Edition. Actual exam questions, answers, Flashcards, Rules of the Road, Chart Lessons. Guaranteed! Still $37.50. Best nationwide prices on Rules CD, audio and video cassettes, DVDs. Other data disks and CDs available. Renewal test assistance. National Captain's Institute, Box 11834-H, St. Petersburg FL 33733. Order online at www.Captains.com, or Toll Free at 1-(800) 345-6901. Immediate Shipment!

COAST GUARD License, 6 passengers and 100 ton masters approved course and test! Approved STCW basic safety training. Adams Marine Seminars: (877) 447-1950 www.adamsmarine.com

LICENSE EXAM Study courses for Limited Master, Mate & Operator, Able seaman & lifeboat man; workboat engineer; towing vessel officers (apprentice mate, steersman). Detailed licensing information. http://metbooks.com. Marine Education Textbooks, 124 North Van Ave., Houma, LA 70363. (985) 879-3866. 24-hour Fax (985) 879-3911.

### ★ DONATIONS

**UNFIT FOR SERVICE? Sink it!! Write it off! Barges, ships and steel boats wanted to sink for artificial reefs off the coast of Maryland. The Ocean City Reef Foundation is a tax deductible 501 C 3 non-profit organization. Vessels must be free of contaminants and towable. Chesapeake & Delaware Bay area preferred. Contact Greg Hall (410) 289-7894.**

### ★ DONATIONS WANTED

DONATE YOUR BOAT, Or marine equipment to the National Children's Leukemia Foundation. Call: 1-(800) GIVE HOPE. Receive a 501C3 deduction on your taxes.

### ★ LUMBER FOR SALE

BEAMS AND LUMBER For sale. Atlantic White Cedar, Cypress, Longleaf Pine, White oak, Douglas Fir, Western Red Cedar, Teak, Mahogany and other exotics. When quality counts, call YachtCraft! (910) 452-0032 or (910) 297-6437.

LUMBER — OHIO White oak, rough sawn, air (stick) dried 8 yrs., 2 x 6 x 16' = 63 pcs., 2 x 4 x 16' = 38 pcs., 2 x 4 x 10' = 30 pcs., 2 x 12 x 18' = 6 pcs., 2 x 8 x 20' = 36 pcs., 2 x 12 x 20' = 7 pcs., 3 x 12 x 20' = 7 pcs., all for $21,500 (440) 582-3009

### ★ MISCELLANEOUS FOR SALE

(3) TROYLER FIFTH Wheel tandem boat trailer. Needs paint, tires & brakes. $1,200 ea. Austin Weston 10,000 lb. cherry picker, runs good. $4,500. Open end boat lift truck drawn with White diesel tractor. $7,500. Call for info, (732) 286-4000.

3 x 7 FREEZER Tank for small boat. Will freeze approximately 1500# per day. Tank in excellent condition. All hardware and plates stainless. 2 HP compressor. $5,000.00. (912) 772-7684 or (912) 429-4418

TWO 60 GAL. 1/4" Aluminum fuel tanks, 2005, built and inspected to USCG sub chapter specs. $1,500.00 (508) 432-5811 goldeneaglefishing@comcast.net

### ★ MISCELLANEOUS WANTED

USED OIL WATER Separator. Ask for "Joe" (973) 777-7438, 8-4 EST

### ★ AIRCRAFT TIRES FOR SALE

**USED FOR FENDERS Or bumpers. All sizes of aircraft and special service tires for marine uses. Tire Traders Inc. Cell phone: (516) 526-6363. Phone: (800) 366-6611, Fax: (516) 897-7426. E-mail: tiremw@aol.com**

### ★ BUSINESSES FOR SALE

22 YEARS OF PROPELLER Equipment, new & used inventory, lathe, milling machine, welders, plasma cutter, salvage equipment, liftbags, boat & trailer, etc. Includes www.boatpropeller.com Turnkey operation. (843) 458-3050 $85,000.00

CALIFORNIA SCUBA Shop W.E.T. 26+ year business, 10,000+ customers. Compressors, rental, web site, business phone. Call Rich (858) 880-3516 or rich@gottadive.com

CARIBBEAN BOAT Business for sale. Turks & Caicos Islands. Established 18 year, very profitable. Boat, tour, boat rental, liveaboard, diving or 70' motor vessel as home, office. Also B & B accommodating 14 on board. See internet listing craigslist.org go to Caribbean then general. E-mail oceanoutback@yahoo.com Ph: (649) 231-0824

FISHING CHARTER Business for sale. Established in 1990. 1989 26' Boca Grande with a 2000 Yanmar turbo diesel. Comes with Federal fisheries permits, reef fish * coastal migratory pelagic. $75,000 (941) 412-0560

LAKE CRUISE Business. 300' on the Fulton Chain in Old Forge NY. Historic sightseeing tours. (2) 116 passenger cruise boats & (1) 14 passenger mail boat. 3 boats, gift shop, docks. $950,000. Century 21 Herron Realty Inc. (800) 937-4555

### ★ REAL ESTATE FOR SALE

DEEP WATER Residence for sale by owner. Safe harbor minutes from the jetties available on the southeast GA coast. Four bedrooms/three baths. Fifty foot floating concrete dock. $795,000 Call (912) 576-5265 or e-mail marsepp@tds.net

### ★ MARINAS FOR SALE

ESTABLISHED 1987 Full service marina and yacht repair center. Southwest Louisiana. 85 slips, floating docks, 12' water depth. New building 80 x 100', height 40', for indoor yacht repairs. 35 ton Travel Lift, ship store, rest rooms with shower, laundromat and video surveillance, 6 acres on ship canal. All tools. Mercury service dealer, large inventory of marine parts. Want to retire. 1.95 MIL. Inquiries jsgbpyc@yahoo.com (337) 436-0803

### ★ WATERFRONT PROPERTY FOR SALE

STUART, FLORIDA — Home near St. Lucie Inlet for +100 ft. vessel, 4 bedroom, 4 bath, indoor pool, 2552 s.f. tiled CBS ranch, 300 Lft. seawall. $1,150,000. Gail Byrd, Broker, Coastal Realty of Stuart. riverlands@earthlink.net (772) 287-7033

TENNESSEE RIVER Property between Nashville and Memphis. 150 acre development site w/permit approved 135 slip marina. Seven days by boat to Miami, Florida or (4) days to Great Lakes. Information call: Dwight O'Neal (615) 390-2727

### ★ WATERFRONT PROPERTY FOR LEASE

TEXAS 2600 FT. Waterfront, 38 acres on the intersection of Sabine Pass & the Intra-coastal Canal. About 10 miles from the Gulf of Mexico. Call (409) 963-3040 or cell (409) 350-0546 or Fax (409) 963-3653

### ★ DOCKS FOR SALE

HIGH QUALITY CUSTOM Aluminum docks. Commercial & residential grade. Complete or kits. All dock building & aluminum supplies at wholesale prices. Call us to save big money. West Docks (704) 525-5466. www.aluminumdocks.com

## *FISHING VESSEL RIO SADO*

## *Notice of Auction Sale by U. S. Marshal*

Promet Marine Services Corp. v. F/V Rio Sado, et al., United States District Court for the District of Rhode Island, C.A. No. 06-200ML

By virtue of an order of interlocutory sale entered by the Court in the above action on October 10, 2006, notice is hereby given that the U.S. Marshal or one of his deputies will sell by public auction to the highest & best bidder for cash, the F/V Rio Sado, her engines, gear, tackle, equipment, fisheries permits, furnishings, appurtenances, etc., AS IS, WHERE IS, at:

## *12:00 PM, November 13, 2006*

***Promet Marine Services Corp.***
***242 Allens Avenue***
***Providence, Rhode Island***

The successful bidder shall, at the time of the auction, pay to the United States Marshal's Service, by certified/cashier's check a deposit of 10% of the bid price; the balance of the bid price is to be paid before the confirmation hearing (to be scheduled by the Court), failing which the deposit will be forfeited. The sale is subject to confirmation by the Court

The F/V Rio Sado, official number 253426, is a steel-hull vessel of approximate overall length 62 ft., and a width of approximately 18.8 feet, built in 1947 at Port Arthur, TX by Burton Construction.

Prospective bidders may visit the vessel, at their own expense and risk, on and after October 31, 2006 by making suitable arrangements with the substitute custodian for the vessel,

***Promet Marine Services Corp., 401 467-3730 or with their attorney Jason Preciphs @ 401-521-7000***



34' Crusader, 1976 Flybridge Sportfish model, 320 HP 3208T CAT Engine, Upgraded keel and splash rails, standup head with holding tanks, full canvas, currently in charter service.
**Asking $34,000 • (941) 204-3474**



**64' x 27' Blount.** 149 passenger LBS. Haulout 2/05 COI good until Sept 2010. Zero hours on rebuilt single 8-71N. 65KW Genset (6-71N). Turnkey. **860-460-3247** www.seapony.com or captain@seapony.com
**Asking $375K** Open to offers



**65 x 15 x 3.5 Tour Boat**
100 pax, COI expired, Truckable engines removed.
**$30,000 USD**
**(206) 465-7981**
**www.quicktow.com**

# ISLAND WIDE MARINE INSURANCE

**Customized Programs For:**

## PASSENGER VESSELS

**Headboats • Charter Boats • 6 PAK's**
**Excursion • Dinner Cruise • Sightsee**
**Ferries • Whale Watch • Eco Tour**
**Pilot Boats • Harbor Tour • Water Taxi**
**ALL OTHER TYPES**

**Also Providing Coverage For:**
**Workboats • Inshore Fishing Vessels**

★ **Our Policies are Carefully Crafted to Meet Your Specific Needs** ★

**Featuring**
**Very Competitive Pricing • Easy Payment Terms**
**Superior Claims Service • A Rated American Companies**
**Discounts For Seasonal Operators**

**1-800-635-6097**




**FOR SALE**
**TUNA FISHING BOAT**



**Year: 1990 • 85' x 23' • Steel**
**(2) Cat 3406B • 2 Isuzu - Generator**
**Fully Operational**
**Tel: (985) 888-0582**
**Cell (985) 856-8100**



**1983 54' BERTRAM**
With twin turbo diesel 12V71 rebuilt completely in 2005, 0 Hrs, Northern Light 16kw generator. Rebuilt completely by manufacturer. 3 staterooms, 3 heads, a lot of custom wood work in cherry already done.
**Accepting All Reasonable Offers**
**Call Mike or Rosy**
**(305) 635-2818**
**(305) 632-3544**
**(786) 252-7451**
**$289,000**

**FISHING VESSEL RIO SADO**
## Notice of Auction Sale by U. S. Marshal

Promet Marine Services Corp. v. F/V Rio Sado, *et al.*, United States District Court for the District of Rhode Island, C.A. No. 06-200ML

By virtue of an order of interlocutory sale entered by the Court in the above action on October 10, 2006, notice is hereby given that the U.S. Marshal or one of his deputies will sell by public auction to the highest & best bidder for cash, the F/V Rio Sado, her engines, gear, tackle, equipment, fisheries permits, furnishings, appurtenances, etc., AS IS, WHERE IS, at:

**12:00 PM, November 13, 2006**

***Promet Marine Services Corp.***
***242 Allens Avenue***
***Providence, Rhode Island***

The successful bidder shall, at the time of the auction, pay to the United States Marshal's Service, by certified/cashier's check a deposit of 10% of the bid price; the balance of the bid price is to be paid before the confirmation hearing (to be scheduled by the Court), failing which the deposit will be forfeited. The sale is subject to confirmation by the Court.

The F/V Rio Sado, official number 253428, is a steel-hull vessel of approximate overall length 62 ft., and a width of approximately 18.8 feet, built in 1947 at Port Arthur, TX by Burton Construction.

Prospective bidders may visit the vessel, at their own expense and risk, on and after October 31, 2006 by making suitable arrangements with the substitute custodian for the vessel, ***Promet Marine Services Corp., 401 467-3730** or with their attorney **Jason Preciphs @ 401-521-7000***


NEXT GEN

# DIESEL GENERATORS







Kubota
**1800 RPM Generators**

| | | Exchange Cooled | Keel Cooled | Radiator Cooled |
|---|---|---|---|---|
| 1cyl | 3.5kw | $ 4,600.00 | $ n/a | $ 3,795.00 |
| 2cyl | 5.5kw | 5,700.00 | 4,600.00 | 5,000.00 |
| 3cyl | 7.0kw | 7,050.00 | 4,405.00 | 4,825.00 |
| 3cyl | 8.5kw | 7,550.00 | 4,825.00 | 5,140.00 |
| 3cyl | 9.5kw | 8,200.00 | 5,035.00 | 5,455.00 |
| 4cyl | 10.5kw | 8,635.00 | 5,245.00 | 5,665.00 |
| 4cyl | 12.5kw | 9,600.00 | 5,455.00 | 5,875.00 |
| 4cyl | 15kw | 9,985.00 | 5,935.00 | 6,355.00 |
| 4cyl | 21kw | 11,650.00 | 6,460.00 | 6,925.00 |
| 4cyl | 25kw | n/a | 7,225.00 | 7,625.00 |
| 4cyl | 30kw | 16,350.00 | 7,615.00 | 7,930.00 |
| 4cyl | 40kw | n/a | 8,325.00 | 8,820.00 |

Prices include ISO mounts, switch start with hour meter mounted, other accessories and options available.

**1732 St. Johns Bluff Road**
**Jacksonville FL 32246**
**www.nextgenerationpower.com**
**888-463-9879**
**Phone (904) 642-8555 • Fax (904) 642-8175**


# RATES, ETC.

## DISPLAY ADVERTISING: (3 ISSUES)

**RATES: Based on the column inch which is 1" deep and 2 1/4" (14 picas) wide**

| SIZE | RATE | SIZE | RATE | SIZE | RATE | SIZE | RATE |
|---|---|---|---|---|---|---|---|
| 1" | $ 64.00 | 12" | $516.00 | 27" | $1107.00 | 48" | $1680.00 |
| 2" | $102.00 | 13" | $549.00 | 28" | $1148.00 | 52" | $1758.00 |
| 3" | $150.00 | 14" | $589.00 | 30" | $1200.00 | 56" | $1904.00 |
| 4" | $196.00 | 15" | $630.00 | 32" | $1280.00 | 60" | $1980.00 |
| 5" | $245.00 | 16" | $840.00 | 33" | $1267.00 | | |
| 6" | $294.00 | 18" | $736.00 | 36" | $1404.00 | | |
| 7" | $343.00 | 20" | $820.00 | 39" | $1482.00 | | |
| 8" | $376.00 | 21" | $861.00 | 40" | $1520.00 | | |
| 9" | $406.00 | 22" | $902.00 | 42" | $1554.00 | | |
| 10" | $430.00 | 24" | $984.00 | 44" | $1584.00 | | |
| 11" | $473.00 | 26" | $1066.00 | 45" | $1620.00 | | |

Double Page $4096.00
Center Spread $4352.00
Cover Page $2080.00

Full Page $2,112.00 1/2 Page $1,280.00
1/3 Page $861.00 1/4 Page $640.00

9:00 A.M. C.S.T
**PHONE: (931) 484-6100**

## CLASSIFIED ADVERTISING

Rates for classified advertising: 80 cents per word, minimum 20 words for $16.00 (charge covers two consecutive issues), $1.20 per word, minimum 20 words for $24.00 (covers three consecutive issues), $1.60 per word, minimum 20 words for $32.00 (covers four consecutive issues). Each additional consecutive issue .40 cents per word. For "Blind" ads (B&H box No. replies) add $4.00 for 2 issues or $6.00 for 3 issues. Include in count words in name, address, phone numbers & count each initial or number as a seperate word unless considered good style to group, as P.O., H.P., 16-278A, etc., but if more than seven characters count as two words.

Bold Type $1.14 per word 20 word minimum for $22.80 (charge covers two consecutive issues) $1.71 per word 20 word minimum for $34.20 (covers three consecutive issues) $2.28 per word 20 word minimum for $45.60 (covers four consecutive issues), etc.

- TERMS: Payment With Order
- CLOSING DATES: 9th,19th,29th, 9:00AM C.S.T. (Unless Otherwise Published)

We Reserve The Right To Reject Any or All Advertising.

ADDRESSES - (MAILING) Boats & Harbors, P.O. Drawer 647, Crossville, TN 38557. Physical Delivery Address: Boats & Harbors. 175 4th St. Crossville, TN 38555-4302.

9:00 AM C.S.T.
**FAX: (931) 456-2337**