UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**PROMET MARINE SERVICES CORPORATION**

**vs.** **C.A. No. 2006-200 ML**

**FISHING VESSEL RIO SADO, its gear, engine, appurtenances, equipment, and all other necessaries thereunto appertaining in rem and RUSSELL KOZA, JR.**

**ORDER GRANTING PLAINTIFF'S MOTION TO CONFIRM AND APPROVE THE SALE OF FISHING VESSEL RIO SADO**

The motion of Plaintiff, Promet Marine Services Corporation, to confirm and approve the sale of the Fishing Vessel Rio Sado, Official number 253426, her engines, gear, equipment, fisheries permits, furnishings, appurtenances and other necessaries to the Promet Marine Services Corporation, 242 Allens Avenue, Providence, Rhode Island, for the sum of $20,000.00 came on before hearing before Judge Mary M. Lisi on the 30th day of November 2006.

After hearing thereon and consideration thereof, Defendant Russell Koza, Jr., not appearing after notice of said hearing, it is hereby

**ORDERED:**

That Plaintiff's motion is GRANTED. Proceeds from the sale of the F.V. Rio Sado, the sum of $20,000, shall be applied to offset the balance owed to Plaintiff, which balance forms the basis for the maritime lien asserted by Plaintiff in this action.

ENTERED as an Order of this Court this 30 day of November, 2006.

By Order,

Barbara Barletta
Clerk

ENTER:

Mary M. Lisi, Judge 11/30/06

Submitted By:

/s/ Jason C. Preciphs
Jason C. Preciphs #6727
Attorney for Plaintiff
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000; Fax: (401) 521-1328
jpreciphs@rcfp.com

## CERTIFICATION

I hereby certify that on this 30th day of November 2006, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be delivered by other means, specifically First Class Mail, postage prepaid, to the individual listed below who is not a registered participant as identified on the Notice of Electronic Filing:

Russell Koza, Jr
1700 Kingstown Road
PeaceDale, RI 02883

/s/ Jason C. Preciphs